B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re  Gustavo Londono                                Case No.   08-28378

                                                      Chapter    7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $137,500.00 | | |
| B - Personal Property | Yes | 4 | $3,391.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | No | 1 | | $232,981.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | No | 8 | | $99,814.00 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $2,475.39 |
| J - Current Expenditures of Individual Debtor(s) | No | 1 | | | $2,385.00 |
| | TOTAL | 21 | $140,891.00 | $332,795.00 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re  Gustavo Londono                                              Case No.    08-28378

                                                                    Chapter     7

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $0.00 |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | $2,475.39 |
| Average Expenses (from Schedule J, Line 18) | $2,385.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $2,475.39 |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $95,481.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $99,814.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $195,295.00 |

In re **Gustavo Londono**                                                   Case No. **08-28378**
                                                                                    (if known)

## AMENDED
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash money | - | $20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account<br>Wachovia Bank<br>2681 | - | $200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Furniture:<br>1 kitchen table, 6 chairs, 1 two cabinet wall unit, 1 sofa, 2 arm chairs, 1 coffee table, 1 small two shelf stand, 1 stereo, 1 desk, 1 lap top, 1 printer, 1 two drawer file cabinet, 1 dresser, 1 bed, 2 night tables, 2 televisions, 1 dvd and any other miscellaneous furniture. | - | $2,650.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Decorations, candles, candle holders, lamps, throw pillows, pillows, vase, wall decor, throw rugs, center decors, movies, cds and any other miscellaneous decorations. | - | $200.00 |
| 6. Wearing apparel. | | Clothing | - | $120.00 |
| 7. Furs and jewelry. | | Jewelry:<br>2 watches - Kenneth Cole and any other miscellaneous/costume jewelry. | - | $200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

In re **Gustavo Londono**　　　　　　　　　　　　　　　Case No. **08-28378**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

In re **Gustavo Londono**                                    Case No. **08-28378**
                                                                    (if known)

## AMENDED
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

In re  **Gustavo Londono**                                   Case No.  **08-28378**
                                                                    (if known)

## AMENDED
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Automobile<br>Debtor states he does not have an automobile under his name. | - | $0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | International Merchants, Corp<br>19101 Mystic Point Dr #210<br>Aventura, FL 33180<br>2172<br>Debtor states corporation has no value due to it not being currently operable. | - | $1.00 |

_____3_____ continuation sheets attached   **Total >**   $3,391.00
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re  **Gustavo Londono**                                    Case No.  **08-28378**
                                                                          (If known)

## AMENDED
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Cash money | F.S. 222.25(4) | $20.00 | $20.00 |
| Checking Account<br>Wachovia Bank<br>2681 | F.S. 222.25(4) | $200.00 | $200.00 |
| Furniture:<br>1 kitchen table, 6 chairs, 1 two cabinet wall unit, 1 sofa, 2 arm chairs, 1 coffee table, 1 small two shelf stand, 1 stereo, 1 desk, 1 lap top, 1 printer, 1 two drawer file cabinet, 1 dresser, 1 bed, 2 night tables, 2 televisions, 1 dvd and any other miscellaneous furniture. | F.S. 222.25(4) | $2,650.00 | $2,650.00 |
| Decorations, candles, candle holders, lamps, throw pillows, pillows, vase, wall decor, throw rugs, center decors, movies, cds and any other miscellaneous decorations. | F.S. 222.25(4) | $200.00 | $200.00 |
| Clothing | F.S. 222.25(4) | $120.00 | $120.00 |
| Jewelry:<br>2 watches - Kenneth Cole and any other miscellaneous/costume jewelry. | F.S. 222.25(4) | $200.00 | $200.00 |
| International Merchants, Corp<br>19101 Mystic Point Dr #210<br>Aventura, FL 33180<br>2172 | F.S. 222.25(4) | $1.00 | $1.00 |
|  |  | $3,391.00 | $3,391.00 |

In re  **Gustavo Londono**                                           Case No.  **08-28378**
                                                                              (If known)

## *AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Debtor states corporation has no value due to it not being currently operable. | | | |
| | | $3,391.00 | $3,391.00 |